```
 1  NORA M. MANELLA
    United States Attorney
 2  DAVID C. SCHEPER,
    Assistant United States Attorney
 3  Chief, Criminal Division
    JAMES P. WALSH, Jr.,
 4  Assistant United States Attorney
    Chief, Organized Crime Strike Force
 5  LAWRENCE H. CHO
    Assistant United States Attorney
 6  Organized Crime Strike Force
        1400 United States Courthouse
 7      312 North Spring Street
        Los Angeles, California  90012
 8      Telephone:  (213) 894-6529

 9  Attorneys for Plaintiff
    United States of America
10
                   UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,  )  NO. CR 92-336-CBM
13                             )
                   Plaintiff,  )  DISMISSAL AND ORDER
14                             )
         v.                    )
15                             )
    CHRISTOPHER LEE ARMSTRONG, )
16                             )
              et al,           )
17                             )
              Defendants.      )
18                             )
    _____)
19
         Pursuant to Rule 48 of the Federal Rules of Criminal
20
    Procedure, and by leave of Court endorsed thereon, the United
21
    States Attorney for the Central District of California dismisses
22
    the following without prejudice:
23
         1.  Defendant Shelton Auntwan Martin from all counts in the
24
    indictment (specifically Counts 1, 3, 4, & 5);
25
         2.  Counts 3 and 9 of the indictment as against all
26
    defendants.
27

28
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 1997
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED ON ICMS
JAN 2 _ 1997

Pursuant to this application, the government further moves that the bond for defendant Shelton Auntwan Martin be ordered exonerated.

DATED: January 23, 1997

NORA M. MANELLA
United States Attorney

DAVID C. SCHEPER
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE H. CHO
Assistant United States Attorney

IT IS SO ORDERED.

Dated: January 24, 1997

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE BY MAIL

I, Josephine Johnson, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on January 24, 1997, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: DISMISSAL AND ORDER addressed to:

SEE ATTACHMENT

at their last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 24, 1997 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

JOSEPHINE JOHNSON

SERVICE LIST

DAVID M. DUDLEY
ATTORNEY AT LAW
1999 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CALIFORNIA 90067

TIMOTHY C. LANNEN
880 WEST FIRST STREET
SUITE 516
LOS ANGELES, CALIFORNIA 90012

JOSEPH F. WALSH
LOS ANGELES LAW BUILDING
316 WEST SECOND
SUITE 1200
LOS ANGELES, CALIFORNIA 90012

BARBARA O'CONNOR
FEDERAL PUBLIC DEFENDER
1500 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA  90012

MONA C. SOO HOO
660 SOUTH FIGUEROA STREET
TWENTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90017-3441