# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.

Docket No. CR – 92-336 CBM

Defendant's Name Robert Vernon Rozelle

Social Security No. 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

& Residence Robert Vernon Rozelle, Jr. T/N

Mailing Address Metropolitan Detention

Address AKA(s): Robert J. Rozelle; Khalil Player (moniker)

535 N. Alameda

90012

## JUDGMENT AND PROBATION ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| Mar. | 16, | 1998 |

**COUNSEL**

[ ] WITHOUT COUNSEL However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL Joseph F. Walsh, appointed
(Name of Counsel)

**PLEA**

[X] GUILTY, and the Court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE [ ] NOT GUILTY

**FINDING**

There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of.

Conspiracy, Possession With Intent to Distribute Cocaine Base (Count 1), in violation of 21 USC 846, 841(a)(1); Distribution of Cocaine Base (Count 5), in violation of 21 USC 841(a)(1), Class A Felonies

**JUDGMENT AND PROB./ COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: One Hundred and Fifty Six (156) Months on each of Counts 1 and 5 of the Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Ten (10) Years on each of Counts 1 and 5 of the Indictment, all such terms to run concurrently and upon the following terms and conditions: 1. comply with the rules and regulations of the U. S. Probation Office and General Order 318; 2. the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol and abusing prescription medications during the period of supervision; 3. if the amount of mandatory assessment imposed by this Judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer. Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay. It is further ordered that the defendant shall pay to the United States a special assessment of $100.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

ENTERED ON ICMS
MAR 30 1998
SHERRI R. CARTER, CLERK

Signed By [X] U S District Judge _CONSUELO B. MARSHALL_ [ ] U.S. Magistrate Judge

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed March 18, 1998 By _____ Deputy Clerk

AO-245-A (01/90)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment.

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer.

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

5. the defendant shall support his or her dependents and meet other family responsibilities.

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement,

15. the defendant shall not possess a firearm or other dangerous weapon.

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____        BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____        BY: _____

United States District Court
## Central District of California

UNITED STATES OF AMERICA

Docket No. **CR –** __92-336 CBM__

vs

ROBERT ROZELLE

Date ___ ENTERED MARCH 16, 1998 ___

3-30-98

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

3

THE COURT RECOMMENDS that the defendant be designated to an institution in the
Southern California area and that the defendant be permitted to participate
in the Bureau of Prisons 500 Hour Drug Rehabilitation Program.
In the interest of justice, all remaining Counts are dismissed.
Right to Appeal waived pursuant to Plea Agreement.

Signed By ☒ U.S. District Judge _____  ☐ U.S. Magistrate _____

CONSUELO B. MARSHALL

SHERRI R. CARTER, CLERK

Dated/Filed ___ March 18, 1998 ___

By _____
Deputy Clerk

AO-245-B (01/90)

Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1   The defendant shall not commit another Federal, state or local crime

2   the defendant shall not leave the judicial district without the written permission of the court or probation officer

3   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month

4   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer

5   the defendant shall support his or her dependents and meet other family responsibilities

6   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons

7   the defendant shall notify the probation officer within 72 hours of any change in residence or employment

8   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician

9   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered,

10   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,

11   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer

12   the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer,

13   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court

14   as directed by the probation officer the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement

15   the defendant shall not possess a firearm or other dangerous weapon

16   the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment

# RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

# CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____

AO-245-B (01/90)        JUDGMENT AND PROBATION / COMMITMENT ORDER