```
                    CENTRAL DISTRICT OF CALIFORNIA
                    CRIMINAL MINUTE ORDER - GENERAL
```

Priority Send X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.  CR 92-336 CBM                            Date: August 6, 2002
                                                         8-6-02

PRESENT:

    HONORABLE   CONSUELO B. MARSHALL   , CHIEF JUDGE  ✓

| C. Kevin Reddick | n/a | Lawrence Cho - Not Present |
|---|---|---|
| Courtroom Deputy | Clerk Court Recorder | U. S. Attorney |
| (213) 894-5288; FAX | | |
| (213) 894-0045 | | |

U.S.A. -v- DEFENDANT                    ATTORNEYS FOR DEFENDANT

(1) Freddie Mack                        Mona C. Soo Hoo
X not pres x custody                    X Not pres X apptd

   Proceedings:  (In Chambers)

The Court hereby continues the sentencing in this matter set for 8/19/02 to
**10/7/02 at 1:30 p.m.**

Initials of Deputy Clerk

AUG - 7 2002