CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER - GENERAL

Case No.  CR92-336 CBM                          Date: Oct. 1, 2002

================================================================

PRESENT:

HONORABLE    CONSUELO B. MARSHALL    , CHIEF JUDGE

Joseph M. Levario            n/a              n/a
Courtroom Deputy Clerk    Court Reporter    U. S. Attorney
(213) 894-5288; FAX (213) 894-0045

================================================================

U.S.A. -v- DEFENDANT                    ATTORNEYS FOR DEFENDANT

(1) Freddie Mack                        Mona C. Soo Hoo
    Not pres x bond                     Not pres x apptd

Proceedings: Sentencing

On the Court's own motion, Sentencing is continued to Monday, Oct. 28, 2002 at 2:30 P. M.

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Initials of Deputy Clerk