CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER - GENERAL

Case No. CR92-336 CBM                          Date: Oct. 16, 2002

============================================================================

PRESENT:

    HONORABLE   CONSUELO B. MARSHALL   , CHIEF JUDGE

| Joseph M. Levario | n/a | n/a |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

(213) 894-5288
FAX (213) 894-0045

============================================================================

| U.S.A. -v- DEFENDANT | ATTORNEYS FOR DEFENDANT |
|---|---|
| (1) Freddie Mack | Mona C. Soo Hoo |
| x  pres x bond | x pres x apptd |

Proceedings: Sentencing

On the Court's own motion, Sentencing is continued to Monday, Nov. 18, 2002 at 1:30 P. M.

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

OCT 18 2002

Initials of Deputy Clerk ⌒/