# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

P-SENT

Case No: <u>CR-92-336-CBM</u>                     Date and Filed: December 16, 2002

PRESENT: HONORABLE CONSUELO B. MARSHALL, CHIEF JUDGE

| <u>Joe Levario</u> | <u>Gary George</u> | <u>Lawrence Cho</u> |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U. S. Attorney |

INTERPRETER:  <u>None Present</u>

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1) <u>FREDDIE MACK</u> | 1) <u>MONA C. SOO HOO</u> |
| __ pres __custody __bond | _X_ pres _X_ apptd __retnd |

PROCEEDING: **SENTENCE HEARING**

    The Court grants defendant's request for a substitution of affidavit of surety. The affidavit of surety of Michelle Mack is to be removed and is to be substituted with the affidavit of surety of Mattie Mack Holloway.

    IT IS SO ORDERED.

ENTER ON ICMS
26-02
DEC 2 6 2002

MINUTES FORM 6                                   Initials of Deputy Clerk
CRIM - GEN

369