UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR92-336 CBM                    Dated: Feb. 23, 2004
PRESENT: THE HON. CONSUELO B. MARSHALL, CHIEF, UNITED STATES DISTRICT JUDGE

Joseph M. Levario          n/a              n/a
Courtroom Deputy Clerk   Court Reporter    Asst. U. S. Attorney

================================================================

UNITED STATES OF AMERICA VS.
1. Aaron Wilson Hampton              Timothy Lannen
xpres x custody                      X pres x apptd

Proceedings:

The Court orders that the defendant remain at the Metropolitan Detention Center pending placement at a community corrections center.

Priority  ✓      cc: USM
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Initials of Deputy Clerk

ENTER ON ICMS
FEB 24 2004

377