## United States District Court
## Central District of California

**UNITED STATES OF AMERICA vs.**           Docket No. CR92-336 CBM
AARON WILTON HAMPTON (#99363-02)

**Mailing Address:**
Metropolitan Detention Center
535 N. Alameda St.
L.A., Ca. 90012

ENTERED
CLERK, U.S DISTRICT COURT
FEB 2 7 2004
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

SCANNED

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on February 23, 2004 with Timothy Lannen, appointed counsel.

The defendant was arraigned and admitted that he had violated the conditions of Supervised Release.

The Court finds that the defendant has violated the conditions of supervised release and accordingly,

The Court orders that the term of supervised release be revoked, vacated and set aside.

The Court further orders that the defendant be reinstated to supervised release, upon the same terms and conditions which were imposed on March 30, 1998 and in addition, the defendant shall participate in a residential treatment program at the direction of the Probation Officer.

It is further ordered that the defendant shall comply with the rules and regulations of the treatment program and the defendant shall not leave the program until discharged by the Program Director or the Probation Officer.

The defendant shall be released to a representative of the treatment program.

The Court further orders that the defendant shall remain at the Metropolitan Detention Center pending placement at a community corrections center.

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order on the U. S. Marshal or other authorized representative which shall serve as the commitment of the defendant.

Dated/Filed: February 23, 2004

Sherri R. Carter, Clerk
by _____
    Joseph M. Everardo
    Deputy Clerk

1002

_____
CONSUELO B. MARSHALL, CHIEF JUDGE

UNITED STATES DISTRICT COURT

Central District of California

**ESSENTIAL DOCUMENT**

UNITED STATES OF AMERICA vs.

Defendant's Name __AARON WILTON HAMPTON T/N__

& Residence __AKA: Curtis Hill__

Address __Metropolitan Detention Center__
__535 N. Alameda St., LA, CA  90012__

Docket No. **CR** - __92-336 CBM__

Social Security No. __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__

Mailing Address __SEE RESIDENCE__

## JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| March | 30, | 1998 |

**COUNSEL** | [ ] **WITHOUT COUNSEL** However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

[x] **WITH COUNSEL** __Timothy Lannen, appointed__
(Name of Counsel)

**PLEA** | [X] **GUILTY**, and the Court being satisfied that there is a factual basis for the plea. | [ ] **NOLO CONTENDERE** | [ ] **NOT GUILTY**

**FINDING** | There being a finding / verdict of [ ] **GUILTY**, defendant has been convicted as charged of the offense(s) of:

Conspiracy, Possession with Intent to Distribute Cocaine Base, 21 USC 846 & 841(a)(1) (Count 1); Distribution of Cocaine Base, 21 USC 841(a)(1), (Count 7), Class A Felonies

**JUDGMENT AND PROB./ COMMITMENT ORDER** | The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: One Hundred and Fifty Six (156) Months as to each of Counts 1 and 7, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of Ten (10) Years under the following terms and conditions: This term consists of Ten (10) Years on each of Counts 1 and 7, all such terms to run concurrently. (1) comply with the rules and regulations of the U. S. Probation Office and General Order 318; (2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol and abusing prescription medications during the period of supervision; (3) if the amount of mandatory assessment imposed by this Judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer; and (4) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [X] U.S. District Judge _____
CONSUELO B. MARSHALL

[ ] U.S. Magistrate Judge _____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U.S. Marshal or other qualified officer.

SHERRI R. CARTER, CLERK

Dated / Filed __April 10, 1998__   By _____
Deputy Clerk

G-245-A  (01/90)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court and probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated
by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____

Case 2:92-cr-00336-CBM Document 88 Filed 02/25/04 Page 4 of 6 Page ID #:30

## Central District of California

UNITED STATES OF AMERICA

vs

AARON WILTON HAMPTON

Docket No. **CR** – _92-336 CBM_

Date ___MARCH 30, 1998___

## JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from Page 1

Pursuant to Section 5El.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
It is further ordered that the defendant shall pay to the United States a special assessment of $100.
THE COURT RECOMMENDS: (1) that the defendant be afforded the opportunity to participate in a drug rehabilitation program; and (2) that the defendant be designated to  FCI Terminal Island or FCI Lompoc.
In the interest of justice, all remaining counts are dismissed.
Right to Appeal waived pursuant to Plea Agreement.

Signed By: [X] U.S. District Judge _____
CONSUELO B. MARSHALL

[ ] U.S. Magistrate _____

SHERRI R. CARTER, CLERK

Dated/Filed _April 10, 1998_

By _____
Deputy Clerk

245-B  (01/90)

Page Two of Two Pages

# STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____       BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

APR 1 0 1900

DATED: _____       CLERK, U.S. DISTRICT COURT

BY: _____

# NOTICE PARTY SERVICE LIST

Case No.   CR *92-336 CBM*    Case Title   U.S.A. -v- *Anon Wilton Hampton*

Filed Date   *2/26/04*    Title of Document   **Judgment and Probation/Commitment Order**

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Susan Frierson, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✖ | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| ✖ | PSA - Los Angeles (PSALA) |
| | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| X | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| ✖ | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| ✖ | US Probation Office |
| | US Trustee's Office |

| | |
|---|---|
| | ***ADD NEW NOTICE PARTY (\* print name and address below):*** |

\* Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning.

| | |
|---|---|
| | *JUDGE / MAGISTRATE JUDGE (list below):* |

Initials of Deputy Clerk _____