CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER - GENERAL

Case No. CR92-336 CBM                                Dated: Apr. 22, 2004

=================================================================
PRESENT:
       HONORABLE   CONSUELO B. MARSHALL   , CHIEF JUDGE

       Joseph M. Levario             n/a              n/a
       Courtroom Deputy Clerk   Court Reporter    Asst. U. S. Attorney
       FAX(213)894-0045

=================================================================
United States of America vs:           Defense Counsel:

(1) Christopher Lee Armstrong          (1) Gregory Nicholaysen
not pres x custody                     not pres x appointed


Proceedings:

On the Court's own motion, Preliminary Hearing/Revocation of Supervise Release is continued to May 4, 2004 at 10:00 A.M.


Priority
Send      ✓ cc: US Probation
Enter        US Marshal
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
APR 23 2004
DCM

Initials of Deputy Clerk