United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**
CHRISTOPHER LEE ARMSTRONG

Docket No. CR92-336 CBM

**Mailing Address:**
Metropolitan Detention Center
535 N. Alameda St.
L.A., Ca. 90012



## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on May 4, 2004 with Gregory Nicolaysen, appointed counsel.

The defendant was arraigned and admitted that he had violated the conditions of Supervised Release.

On May 26, 2004, the defendant appeared in person with Gregory Nicolaysen, appointed counsel.

The Court found that the defendant has violated the conditions of supervised release and accordingly,

The Court orders that the term of supervised release be revoked, vacated and set aside.

The Court asked whether the defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, IT IS ORDERED that the defendant be and is hereby reinstated to supervised release for a period of Thirty Six (36) Months, upon the same terms and conditions imposed on March 18, 1998, and in addition, the defendant is placed on home confinement with electronic monitoring for a period of Ten (10) Months, the defendant shall pay the costs related to home confinement, the defendant shall attend anger management classes as directed by the Probation Officer, the defendant shall report to the Probation Office in San Bernardino upon release from confinement, the defendant shall take prescribed medications as prescribed, the defendant shall reside at his mother's home, the defendant shall submit to mental health counseling as directed by the Probation Officer and shall comply with the rules and regulations of the mental health counseling program.

The defendant was advised of his right to appeal.

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order on the U.S. Marshal or other authorized representative which shall serve as the Commitment of the defendant.

Dated/Filed: _____, 2004

_____
CONSUELO B. MARSHALL, CHIEF JUDGE

Sherri R. Carter, Clerk
by _____
    Joseph M. Levario
    Deputy Clerk

386

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR - 92-336 CBM |
| Defendant's Name CHRISTOPHER LEE ARMSTRONG T/N | Social Security No. 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 |
| & Residence Metropolitan Detention Center | Mailing Address SEE ADDRESS |
| Address 535 N. Alameda St. LA CA 90012 | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.  **MONTH DAY YEAR** Mar. 16, 1998

**COUNSEL**
☐ WITHOUT COUNSEL However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

☒ WITH COUNSEL  Gregory Nicolaysen, appointed
(Name of Counsel)

**PLEA**  ☒ GUILTY, and the Court being satisfied that there is a factual basis for the plea    ☐ NOLO CONTENDERE    ☐ NOT GUILTY

**FINDING**  There being a finding/verdict of ☐ GUILTY, defendant has been convicted as charged of the offense(s) of:

Conspiracy, Possession With Intent to Distribute Cocaine Base, as charged in Count 1, in violation of 21 USC 846, 841(a)(1); Distribution of Cocaine Base, as charged in Count 7, in violation of 21 USC 841(a)(1) Class A Felonies

**JUDGMENT AND PROB./COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: One Hundred and Twenty (120) Month on each of Counts 1 and 7 of the Indictment, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Five (5) Years on each of Counts 1 and 7, all such terms to run concurrently, under the following terms and conditions: 1. comply with the rules and regulations of the U. S. Probation Office and General Order 318; 2. participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications durin the period of supervision; and 3. as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer.
Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
It is further ordered that the defendant shall pay to the United States

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By ☒ U.S. District Judge _____CONSUELO B. MARSHALL_____    ☐ U.S. Magistrate Judge _____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed  MAR 18 1998

SHERRI R. CARTER, CLERK

By _____ Deputy Clerk

AO-245-A (01/90)

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. CR – 92-336 CBM |
| vs | |
| Christopher Lee Armstrong | Date: March 16, 1998 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

a special assessment of $100.
THE COURT RECOMMENDS that the defendant be designated to an institution in the Southern California area and that the defendant be allowed to participate in the Bureau of Prisons 500 Hour Drug Rehabilitation Program.
In the interest of justice, all remaining Counts are dismissed.
Right to Appeal waived pursuant to Plea Agreement.

Signed By: [x] U.S. District Judge _____ [ ] U.S. Magistrate _____
CONSUELO B. MARSHALL

SHERRI R. CARTER, CLERK

Dated/Filed  MAR 18 1998

By _____ Deputy Clerk

AO-245-B (01/90)                    Page Two of Two Pages

# NOTICE PARTY SERVICE LIST

Case No. CR 92-336 CB M       Case Title *United States vs. Christopher Lee Armstrong*

Title of Document *Judgment / Commitment Order*

|   | |   | |
|---|---|---|---|
|   | Atty Sttlmnt Officer |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) | ✓ | US Attorneys Office - Criminal Division -L.A. |
| ✓ | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
|   | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ✓ | US Marshal Service - Los Angeles (USMLA) |
|   | Case Asgmt Admin (Case Assignment Administrator) |   | US Marshal Service - Riverside (USMED) |
|   |   |   | US Marshal Service -Santa Ana (USMSA) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) | ✓ | US Probation Office (USPO) |
|   | Chief Deputy Admin |   | US Trustee's Office |
|   | Chief Deputy Ops |   | Warden, San Quentin State Prison, CA |
|   | Clerk of Court | | |
|   | Death Penalty H/C (Law Clerks) | | |
|   | Dep In Chg E Div | | |
|   | Dep In Chg So Div | | |
|   | Fiscal Section | | |
|   | Intake Supervisor | | |
|   | Interpreter Section | | |
|   | PIA Clerk - Los Angeles (PIALA) | | |
|   | PIA Clerk - Riverside (PIAED) | | |
|   | PIA Clerk - Santa Ana (PIASA) | | |
|   | PSA - Los Angeles (PSALA) | | |
|   | PSA - Riverside (PSAED) | | |
|   | PSA - Santa Ana (PSASA) | | |
|   | Schnack, Randall (CJA Supervising Attorney) | | |
|   | Statistics Clerk | | |
|   | Stratton, Maria - Federal Public Defender | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk