# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.  CR92-336 CBM                                      Date  Aug. 1, 2005

Present: The Honorable   CONSUELO B. MARSHALL

Interpreter

| Joseph M. Levario | | Sandy Leah n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Aaron Wilton Hampton | not | x | | Timothy Lannen | not | x | |

**Proceedings:**   Hearing: Revocation of Supervised Release

Hearing on Revocation of Supervised Release is set on Monday, Aug. 15, 2005 at 1:30 P.M.

Priority ✓  cc: USPO
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Initials of Deputy Clerk

ENTERED CM/CMS
AUG 2 — 2005

390

CR-11 (09/98)                          CRIMINAL MINUTES - GENERAL                          Page 1 of 1