# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TO: Clerk, United States District Court

Attention: Joseph Levario    Date: _____
Deputy Clerk

**FILED**
CLERK, U.S DISTRICT COURT
AUG 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUBJECT: **REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| AARON WILTON HAMPTON | CR92-00336-CBM | 99363-012 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY*    TIMOTHY LANNEN |
|---|---|
| July 27, 2005 | TELEPHONE NO.    (213) 680-3617 |

*As Shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on August 3, 2005 at 1:30 p.m. The defendant was taken into local custody and the issuance of a Writ is not required.

Interpreter Needed?  [] Yes  [X] No

Priority ___
Send ✓  cc: USPO USM
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

DAVID M. CULOTTI (626) 960-7846    BRADY MCCORD (626) 338-4388
U. S. PROBATION OFFICER    SUPERVISING PROBATION OFFICER

FAX NO. (626) 814-8639

*Routing of Request:*    Orig to Clerk's Office    Copies to:    U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable CONSUELO B. MARSHALL, Chief U. S. District Judge, on _Aug. 15, 2005_ at _1:30_ a.m./p.m. in Courtroom No. _2_.

ENTERED ON ICMS
AUG 2 - 2005
CLERK, U.S. DISTRICT COURT
By _____

Date _Aug. 1_    Deputy Clerk

*Routing of Notice by Clerk:*    Original - Court File
cc:    U. S. Probation Officer
U. S. Attorney, Attn: Chief, Criminal Division
Defense Attorney
Federal Public Defender, Attn: Chief Deputy
U. S. Marshal (Warrant Cases only)
Interpreter Section, Clerk's Office (When needed)

PROB:CDC:63
01/08/01