SCANONG

FILED
CLERK, U.S DISTRICT COURT
JUL 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 92-336 CBM |
| v. | |
| AARON HAMPTON | WAIVER OF PRELIMINARY HEARING PROBATION/SUPERVISED RELEASE (Rule 32.1, Fed. R. Crim. P.) |
| DEFENDANT. | |

I, __Aaron Hampton__ charged in a Petition on Probation and Supervised Release, pending in this District, with a violation of the terms and conditions of my probation/supervised release, and having appeared before this Court and been advised of my rights as required by Rule 32.1, FRCrP, including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

__7-29__
Date

_[signature]_
Signature of Defendant

I have translated this Waiver to the defendant in the _____ language.

__7-__
Date

_____
Interpreter (if required)

__7-29__
Date

_[signature]_
Counsel for Defendant

ENTERED ON ICMS
AUG 2 2005

394

CR-87 (12/04)   WAIVER OF PRELIMINARY HEARING PROBATION/SUPERVISED RELEASE
(Rule 32.1, Fed. R. Crim. P.)