# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ___ Amended _____ )

Case No. __CR92-336 CBM__  Date __Aug. 15, 2005__

Present: The Honorable __CONSUELO B. MARSHALL__

| Joseph M. Levario | Leandra Amber | Kevin Lally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. DFPD Panel | Interpreter |
|---|---|---|---|
| Aaron Wilton Hampton | Timothy Lannen | x | |

**PROCEEDINGS:**     SENTENCING AND JUDGMENT

Deft. arraigned, deft admitted that he had violated the conditions of supervised release, deft sworn & questioned by the Court. Court finds that deft violated terms of supervised release, term of supervised release is vacated and set aside.

__x__ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     ___ See below for sentence.
___ Imprisonment for __years/months__ on each of counts _____
___ Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
___ consecutive/concurrent to count(s) _____     **Priority** ✓
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:     Send ___
    Enter ✓
___ Perform _____ hours of community service.     Closed ___
___ Serve _____ in a CCC/CTC.     JS-5/JS-6 ___
___ Pay $ _____ fine amounts & times determined by P/O.     JS-2/JS-3 Supp ✓
___ Make $ _____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.     Scan Only ___
Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay $ _____ per count, special assessment to the United States for a total of $ _____
___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
__x__ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     ___ Processed statement of reasons.
___ Bond exonerated     ___ upon surrender     ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release # _____
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at $ _____
__x__ Filed and distributed judgment. Issd JS-3. ENTERED.
__x__ Other __the defendant to keep the 9th Circuit advised of his current address.__

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

00 : 10

Initials of Deputy Clerk _____

cc:

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs.<br>AARON WILTON HAMPTON | Docket No. CR92-336 CBM |

**Mailing Address:**
Metropolitan Detention Center
535 N. Alameda St.
L.A., Ca. 90012

## JUDGMENT AND COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on August 15, 2005 with Timothy Lannen, appointed counsel.

The defendant was arraigned and admitted that he had violated the conditions of Supervised Release, accordingly,

The Court orders that the term of supervised release be revoked, vacated and set aside.

The Court asked whether the defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, IT IS ORDERED that the defendant be and is hereby committed to the custody of the Bureau of Prisons for a term of Eight (8) Months.

It is ordered that the defendant shall keep the 9th Circuit advised of his current address.

The defendant was advised of his right to appeal.

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order on the U. S. Marshal or other authorized representative which shall serve as the commitment of the defendant.

Dated/Filed AUG 15 2005

Sherri R. Carter, Clerk
by
Joseph Levato
Deputy Clerk

**1002**

CONSUELO B. MARSHALL, CHIEF JUDGE