AND WHEN RECORDED MAIL THIS DEED AND UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO:

Name: Roosevelt Fisher

Street Address: 3839 West 105th Street

City State Zip: Inglewood, CA 90303

Title Order No. _____ Escrow No. _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS, __Roosevelt Fisher__ was/were the original Trustor(s), __CTA, Inc. California Title & Appraisal__, the original Trustee, and Clerk, United States District Court, Central District of California, the Beneficiary, under that certain Deed of Trust dated __January 19, 1993__, and recorded __January 19, 1993__, Instrument No. __93-110455__, in Book __27__, Page(s) __3__, official records of the County of __Los Angeles__ State of California, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of __CTA, Inc. California Title & Appraisal__, now therefore, the undersigned hereby substitutes himself as Trustee under said Deed of Trust and does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the Estate now held by him thereunder.

Dated: __September 17, 2007__

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____
Theresa L. Doty, Chief Deputy of Operations

(1125)

---

Civil Code 1189

Any certificate of acknowledgment taken with that state shall be in substantially the following form:

State of California
County of Los Angeles

On __September 17, 2007__ before me, __Vanessa Rivera, Deputy Clerk__ personally appeared __--Theresa L. Doty--__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

1095

(REVISED 07/93)   SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE