UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Joe Levario                                          Date: April 16, 2008
Deputy Clerk

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| FREDDIE MACK | CR92-00336-CBM | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* MONA SOO HOO |
|---|---|
| N/A | TELEPHONE NO. (213) 623-5255 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of probation hearing on   May 5, 2008
at  1:30 p.m.   A citation will be issued to the defendant.

Interpreter Needed?   ☐ Yes    ☒ No        Language Type: _____

LISA SANDOVAL, (626) 960-4587                              BRADY McCORD, (626) 338-4388
U. S. PROBATION OFFICER                                    SUPERVISING PROBATION OFFICER

**FAX NO.** (626) 814-8639

*Routing of Request:*   Orig. To Clerk's Office        Copies to:   U. S. Attorney (Chief, Criminal Division)
                                                                    Federal Public Defender (Chief Deputy)

---

*FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the
Honorable Consuelo B. Marshall, Senior U. S. District Judge, on  May 5, 2008  at  1:30 p.m. in
Courtroom No.   2   .

CLERK, U. S. DISTRICT COURT

Date  Apr. 16, 2008                                         By  Joseph M. Levario
                                                                Deputy Clerk

*Routing on Notice by Clerk:*   Original - Court File                                    ☐
                                cc:       U. S. Probation Officer                        ☒ x
                                          U. S. Attorney, Attn: Chief, Criminal Division ☒ x
                                          Defense Attorney                               ☒ x
                                          Federal Public Defender, Attn: Chief Deputy    ☐
                                          U. S. Marshal (Warrant Cases only)             ☐
                                          Interpreter Section, Clerk's Office (When needed) ☐

SUP 216
1/10/07