# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR92-336 CBM |
| Date | Apr. 30, 2008 |

Present: The Honorable  **CONSUELO B. MARSHALL**

Interpreter  n/a

| Joseph M. Levario | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Freddie Mack | not | | | Mona Soo Hoo | not | | x |

**Proceedings:**    Status Conference (IN CHAMBERS-OFF THE RECORD)

On the Court's own motion, the Preliminary Hearing Re: Revocation of Supervised Release is hereby continued to Monday, May 12, 2008 at 11:00 A.M.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | JL | | |