UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Joseph Levario                           Date: May 19, 2008
            Deputy Clerk

**SUBJECT:** <u>REQUEST FOR CALENDAR DATE</u>

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| ROBERT VERNON ROZELLE | CR92-00336-CBM | N/A |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* JOSEPH F. WALSH |
|---|---|
| N/A | TELEPHONE NO. (213) 627-1793 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on June 23, 2008 at 1:30 p.m.  A citation will be issued to the defendant.

Interpreter Needed?  ☐ Yes   ☒ No      Language Type: _____

JEANIE M. BLODGETT, (310) 215-2562            PAUL PARSONS, (310) 215-2059
U. S. PROBATION OFFICER                       SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*   Orig. To Clerk's Office    *Copies to:*  U. S. Attorney (Chief, Criminal Division)
                                                                 Federal Public Defender (Chief Deputy)

---

*FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable <u>CONSUELO B. MARSHALL</u>, Senior U. S. District Judge, on June 23, 2008 at 1:30 p.m. in Courtroom No. 2.

CLERK, U. S. DISTRICT COURT

Date May 20, 2008                          By Joseph M. Levario
                                              Deputy Clerk

*Routing on Notice by Clerk:*   Original -  Court File                                      ☐
                                cc:         U. S. Probation Officer                          ☒
                                            U. S. Attorney, Attn: Chief, Criminal Division   ☒
                                            Defense Attorney                                 ☒
                                            Federal Public Defender, Attn: Chief Deputy      ☐
                                            U. S. Marshal (Warrant Cases only)               ☒
                                            Interpreter Section, Clerk's Office (When needed) ☐

SUP 216
1/10/07