UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR92-336 CBM | Date | June 4, 2008 |
|---|---|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|
| Interpreter | n/a |

| Joseph M. Levario | n/a | Aaron May n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Freddie Mack  (Cited) | not | | | Mona Soo Hoo | not | | x |

**Proceedings:**   IN CHAMBERS-OFF THE RECORD

On the Court's own motion, the Preliminary Hearing Re: Revocation of Supervised Release is hereby set for hearing on July 21, 2008 at 1:30 P. M.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | JL | | |