```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID M. HERZOG (California Bar No. 224594)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0600
         Facsimile: (213) 894-0142
 7       E-mail:    david.herzog@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

10                   UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 92-00336-CBM |
|---|---|
| Plaintiff, | ) <u>NOTICE OF APPEARANCE FOR THE UNITED STATES</u> |
| v. | ) |
| ROBERT VERNON ROZELLE, | ) |
| Defendant. | ) |

    Plaintiff, United States of America, hereby advises the Court that Assistant United States Attorney David M. Herzog (email: david.herzog@usdoj.gov) has been assigned as attorney of record for the government in this matter.  Please make all

///
///
///
///
///
///

necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that AUSA Herzog is associated with this case and receives all e-mails relating to filings in this case.

DATED: July 10, 2008          Respectfully submitted,

                              THOMAS P. O'BRIEN
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                                     /s/
                              DAVID M. HERZOG
                              Assistant United States Attorney


                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA