JOSEPH F. WALSH
Attorney at Law
California State Bar No. 67930
316 West Second Street, Suite 1200
Los Angeles, California 90012
Tel: (213) 627-1793
Fax: (213) 489-4700
Email: attyjoewalsh@aol.com

Attorney for Defendant
ROBERT ROZELLE

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ROZELLE<br><br>　　　　　　　Defendant. | CASE NO. CR-92-336-CBM<br><br>[~~PROPOSED~~] **ORDER CORRECTING THE RECORD RE APPOINTMENT OF CJA COUNSEL** |

IT IS HEREBY ORDERED that the Court record should be corrected to reflect that Joseph F. Walsh was appointed to represent defendant Robert Rozelle on August 10, 1992. The docket sheet shall be amended to reflect that Joseph F. Walsh is the CJA appointed counsel for Robert Rozelle.

Dated: 7/11/08

_____
JUDGE, UNITED STATES DISTRICT COURT