# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR92-336 CBM | Date | July 21, 2008 |

Present: The Honorable   CONSUELO B. MARSHALL

Interpreter   n/a

| Joseph M. Levario | Gary George | Aaron May |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Freddie Mack  (Cited) | | x | | Mona Soo Hoo | | x | x |

**Proceedings:**   Preliminary Hearing/Revocation of Supervised Release

The defendant was arraigned & admitted that he had violated the conditions of supervised release (allegation #1). The defendant was sworn and questioned by the Court. The Court found that the defendant had violated the conditions of supervised release. Defendant sentenced, see formal Judgment and Commitment.

00 : 25

Initials of Deputy Clerk   JL