United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**  Docket No. CR92-00336 CBM
FREDDIE MACK
Frederick James Mack T/N
aka(s): Bobby Bradford, Douglas Mack,
Fred Mack, Fred James Mack, Freddick James Mack,
Freddie J. Mack, Freddie James Mack, Freddy James
Mack, School Boy Mack

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on July 21, 2008 with Mona Soo Hoo, appointed counsel.

The defendant was arraigned and admitted that he had violated the conditions of Supervised Release, (allegation No. 1).

The Court finds that the defendant has violated the conditions of supervised release and accordingly,

The Court orders that the term of supervised release be revoked, vacated and set aside.

The Court asked whether the defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, IT IS ORDERED that the defendant be and is hereby committed to the custody of the Bureau of Prisons for a term of Three (3) Months.

IT IS ORDERED that the sentence be stayed until August 4, 2008 at 12:00 Noon, at which time the defendant shall surrender to the custody of the U. S. Marshall.

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order on the U. S. Marshal or other authorized representative which shall serve as the commitment of the defendant.

Dated/Filed: July 28, 2008

Sherri R. Carter, Clerk
by _____
Joseph M. Levario
Deputy Clerk

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE