# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR92-336 CBM | Date July 21, 2008 |

Present: The Honorable  CONSUELO B. MARSHALL

Interpreter  n/a

| Joseph M. Levario | Gary George | Dvid M. Herzog |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Vernon Rozelle(cited) | | x | | Joseph W. Walsh | | x | x |

**Proceedings:**  Revocation of Supervised Release

The defendant was arraigned and admitted that he had violated the conditions of supervised release (allegations 1, 2 and 3). The defendant was sworn and questioned by the Court. Sentenced imposed: see formal Judgment and Commitment. MADE SUPP JS-3 (CBM)

Initials of Deputy Clerk   JL

1 : 20