United States District Court
Central District of California

UNITED STATES OF AMERICA vs.                Docket No. CR92-00336 CBM

ROBERT VERNON ROZELLE
Robert Vernon Rozelle, Jr. T/N
aka(s): Robert J. Rozelle
Khalil Player (moniker)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on July 21, 2008 with Joseph W. Walsh, appointed counsel.

The defendant was arraigned and admitted that he had violated the conditions of Supervised Release, (allegation 1-3).

The Court finds that the defendant has violated the conditions of supervised release and accordingly,

The Court orders that the term of supervised release be revoked, vacated and set aside.

The Court asked whether the defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, IT IS ORDERED that the defendant be restored to supervised release, upon the same terms and conditions imposed on March 16, 1998, and in addition, the defendant shall participate for a period of Six (6) Months in a home detention program without electronic monitoring, participate in an alcohol monitoring program as directed by the U. S. Probation Officer, and the defendant shall observe all of the rules and regulations of the monitoring program. The defendant is required to maintain a residential phone line in order to monitor the alcohol detection device and the defendant shall pay the costs of monitoring, which shall not exceed Twelve Dollars ($12.00) per day. The defendant shall provide proof of payment of the monitoring costs.

The defendant was advised of his right to appeal, and if the defendant wishes to file a Notice of Appeal, said Notice of Appeal shall be filed by defense counsel.

Dated/Filed: ~~July~~ Aug. 11, 2008

Sherri R. Carter, Clerk
by _____
Joseph M. Levario
Deputy Clerk

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE