UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY
Date: July 10, 2009

TO: Clerk, United States District Court

Attention: Joe Levario
Deputy Clerk

SUBJECT: **REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| ROBERT VERNON ROZELLE | CR92-00336-CBM | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* JOSEPH F. WALSH, APPT. |
|---|---|
| N/A | TELEPHONE NO. (213) 627-1793 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervision on __7/27/2009__ at __8:00 a.m.__ A citation will be issued to the defendant.

Interpreter Needed? ☐ Yes  ☒ No    Language Type: _____

ERICA N. JACKSON, (310) 431-1164
U. S. PROBATION OFFICER

PAUL B. PARSONS, (310) 215-2059
SUPERVISING PROBATION OFFICER

FAX NO. (310) 215-2088

Routing of Request:   Orig. To Clerk's Office    Copies to:  U. S. Attorney (Chief, Criminal Division)
                                                             Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Consuelo B. Marshall, Senior U. S. District Judge, on __July 27, 2009__ at __2:00__ a.m./p.m. in Courtroom No. __2__.

Date __7/20/09__                              CLERK, U. S. DISTRICT COURT
                                              By _____
                                                    Deputy Clerk

Routing on Notice by Clerk:   Original - Court File                                     ☐
                        cc:    U. S. Probation Officer                                  ☒
                               U. S. Attorney, Attn: Chief, Criminal Division           ☒
                               Defense Attorney                                         ☒
                               Federal Public Defender, Attn: Chief Deputy              ☐
                               U. S. Marshal (Warrant Cases only)                       ☐
                               Interpreter Section, Clerk's Office (When needed)        ☐

SUP 216
1/10/07