# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR92-00336 CBM | Date July 27, 2009 |

Present: The Honorable **CONSUELO B. MARSHALL**

Interpreter n/a

| Joseph M. Levario | n/a | Ben Barron |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Vernon Rozelle (cited) | | x | | Joseph F. Walsh | | x | x |

**Proceedings:** Preliminary Hearing: Revocation of Supervised Release

The defendant was arraigned and admitted that he had violated the conditions of supervised release. The defendant was sworn and questioned by the Court. The Court found that the defendant had violated the conditions of supervised release.
SENTENCE: SEE JUDGMENT AND COMMITMENT.

00 : 55

Initials of Deputy Clerk  JL