**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA vs.         Docket No. CR92-00336 CBM
ROBERT VERNON ROZELLE

## JUDGMENT AND COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on July 27, 2009, with Joseph F. Walsh, appointed counsel.

The defendant was arraigned and admitted that he had violated the conditions of Supervised Release (allegations 1 and 2).

The Court finds that the defendant has violated the conditions of supervised release and orders that the term of supervised release be revoked, vacated and set aside.

The Court asked whether the defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, IT IS ORDERED that the defendant be and is hereby committed to the custody of the Bureau of Prisons for a term of Three (3) Days, to be served on a weekend. The defendant shall surrender to the custody of the U. S. Marshal on a Friday at 12:00 noon, as directed by the Bureau of Prisons.

IT IS FURTHER ORDERED that the defendant shall surrender to the custody of the U. S. Marshal, on or before September 28, 2009.

IT IS FURTHER ADJUDGED that the defendant shall pay a fine of $1,000, to be paid on or before August 28, 2009.

IT IS ORDERED that the terms and conditions of supervised release shall remain in full force until the defendant has paid the fine in full and served the custodial sentence.

The Court orders that the defendant keep the 9th Circuit advised of his current address.

The defendant was advised of his right to appeal and if the defendant wishes to file a Notice of Appeal, said Notice of Appeal shall be filed by defense counsel.

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order on the U. S. Marshal or other authorized representative which shall serve as the commitment of the defendant.

Dated/Filed: Aug. 17, 2009

Terry Nafisi, Clerk
by
Joseph M. Levario
Deputy Clerk

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1002