he

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:    ☐ Chief Deputy    ☐ Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: _____

Defendant's  Name: _____

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on _____ . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : _____, it was verified the defendant:**

☐    the  Bureau of Prisons was unable to provide information as the above-named defendant.

☐    has commenced their electronic monitoring.

☐    has completed their electronic monitoring.

☐    has reported to the U.S. Probation Office.

☐    has surrendered to the Bureau of Prisons.

☐    Other: _____

_____

**Verified via   ☐ telephone or   ☐ e-mail with the following:**

☐    U.S. Probation Officer: _____ ,
                              *(Name of Officer)*

☐    Bureau of Prisons:    _____ ,
                              *(Name of Officer)*

☐    U.S. Marshal:         _____ ,
                              *(Name of Officer)*

By _____

_____        _____
Date                            Deputy Clerk

CR-86 (11/08)                    **VERIFICATION OF SURRENDER**