Case # 92-336-CBM
9-6-07

I Roosevelt Fisher gives my daughter Gwendolyn Harris permission to get a copy of the release form for my property they sent it to me but I can't find it so please let her get a copy of the reconveyance paper

Thanks

*R. Fisher*

Please call us we will pick it up
310 672 8983

9-10-07

I Roosevelt Fisher would like to request a second reconveyance form and if possible could you please send it to my daughter Gwendolyn Harris for I am handicap and really have such a hard time getting there I need the 2nd reconveyance form for personal business

Thanks Very Much

R Fisher

Please call 9/10/07 or pick up 310 672-8983

RECORDING REQUESTED BY

1404

BK D6857 PG 812

Stewart-West Coast Title Co.

AND WHEN RECORDED MAIL TO

NAME: MR. AND MRS. ROOSEVELT FISHER
ADDRESS: 3839 W. 105TH STREET
CITY & STATE: INGLEWOOD, CALIFORNIA

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CA

NOV 4 1975   AT 8 A.M.

Recorder's Office

CR 92-336

MAIL TAX STATEMENTS TO
Mail Tax Statements to Return Address Above

NAME: SAME
ADDRESS:
CITY & STATE:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Documentary transfer tax $ 40.15
☐ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances remaining thereon at time of sale.

Signature of declarant or agent determining tax - firm name
☐ Unincorporated area   City of ..........

FEE $3 J

T-217

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

EDWARD H. RUPPEL AND MYRTLE E. RUPPEL,

hereby GRANTS to
ROOSEVELT FISHER AND FLORA B FISHER, HUSBAND AND WIFE AS JOINT TENANTS

the following described real property in the CITY OF INGLEWOOD
County of LOS ANGELES, State of California:

THE EAST 40 FEET OF LOT 26 IN BLOCK 1 OF TRACT NO. 2464
AS PER MAP RECORDED IN BOOK 27, PAGE 3 OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated OCTOBER 30, 1975

_Edward H. Ruppel_
EDWARD H. RUPPEL

_Myrtle E. Ruppel_
MYRTLE E. RUPPEL

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES

On OCTOBER 30, 1975, before me, the undersigned, a Notary Public in and for said State, personally appeared
EDWARD H. RUPPEL AND MYRTLE E. RUPPEL
_____, known to me
to be the personS whose nameS ARE subscribed to the within instrument and acknowledged that THEY executed the same.
WITNESS my hand and official seal.
Signature _Carolyn Gould_
Notary Public in and for said State.

FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
CAROLYN GOULD
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
MY COMMISSION EXPIRES JAN. 25, 1978.

Title Order No. 158424   Escrow No. _____

MAIL TAX STATEMENTS AS DIRECTED ABOVE

**This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk**

AUG 27 2007

 REGISTRAR-RECORDER/ COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA